

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| Michael P. Spalletta  . | * | Case No. 17-22843-WIL |
|     Debtor | * | Chapter 13 |
| * * * * * * | * | |
| Wells Fargo Bank, National Association, | * | |
| Successor by Merger to Wells Fargo Bank | * | |
| Minnesota, National Association, as Trustee | * | |
| for Structured Asset Securities Corp. Pass- | * | |
| Through Certificates, Series 2003-26A, by | * | |
| Nationstar Mortgage LLC, d/b/a Mr. Cooper, | * | |
| Servicing Agent | * | |
|     Movant | * | |
| | * | |
| VS | * | |
| | * | |
| Michael P. Spalletta | * | |
|     Respondent | * | |
| | * | |

* * * * * * * * * * * *

## ORDER MODIFYING AUTOMATIC STAY

The foregoing matter having come before this Court on May 10, 2018 for a

hearing as to the Motion for Relief from Automatic Stay filed Wells Fargo Bank,

National Association, Successor by Merger to Wells Fargo Bank Minnesota, National

Association, as Trustee for Structured Asset Securities Corp. Pass-Through Certificates, Series 2003-26A, by Nationstar Mortgage LLC, d/b/a Mr. Cooper, Servicing Agent, and the Response by the Debtor, and good cause having been shown for the termination of the Automatic Stay but because of the equity in the property, it is by the United States Bankruptcy Court for the District of Maryland.

ORDERED, that the Automatic Stay as to the property known as 9235 Falls Chapel Way, Potomac, Maryland shall be terminated; but it is further

ORDERED that this Order be stayed for a period of One Hundred Twenty days from May 10, 2018 to allow the Debtor to sell the property.

.

CC:   Richard J. Rogers, Esq.              Richard B. Rosenblatt, Esq
      600 Baltimore Avenue, Suite 208      30 Courthouse Square, Suite 302
      Towson, MD 21204                     Rockville, MD 20850

      Michael P. Spalletta                 Timothy P. Branigan, Trustee
      9235 Falls Chapel Way                9891 Broken Land Parkway
      Potomac, MD 20854                    Suite 301
                                           Columbia, MD 21046

**END OF ORDER**