UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| **MICHAEL SPALLETTA** | : |
| | : |
| | : Case No. **17-22843** |
| | : Chapter 13 |
| Debtor. | : |

## DEBTOR'S MOTION TO STAY FORECLOSURE SALE

Michael Spalletta, Debtor, moves this Court to stay the foreclosure sale scheduled on his homestead for September 26, 2018, and as grounds therefor states as follows:

1.　　On September 26, 2017, the Debtor filed a Chapter 13 petition to prevent the judicial sale of his home.

2.　　On January 15, 2018, Wells Fargo Bank, N.A., filed a Motion for Relief from Stay, alleging that the Debtor failed to pay post-petition mortgage payments.

3.　　On May 11, 2018, the Court held a hearing on Wells Fargo Bank, N.A.'s Motion for Relief from Stay. The Court granted the Motion but stayed the Order Granting Relief from Stay for 120 days so that the Debtor attempt could sell his home at a private sale.

4.　　On May 18, 2018, the Court entered an Order Granting Motion for Relief from Stay, which was stayed for 120 days, or until September 7, 2018.

5.　　Wells Fargo Bank has rescheduled a judicial sale of the Debtor's home for September 26, 2018.

6.　　The Debtor has substantial equity in his homestead, and Wells Fargo interest in the property is adequately protected.

7.　　The Debtor can make adequate protection payments of $1,500 per month until he sells his home.

8.　　The Debtor has hired a new Realtor, who held an Open House for prospective buyers the weekend of September 14-16, 2018.

9.　　Several potential qualified buyers showed interest in buying the home.

10. The Debtor is confident that his house will sell within 60 days.

11. The Debtor had $25,000 of improvements done on the home in the last 45 days.

12. The Debtor is elderly and lives off his Social Security benefits.

13. The Debtor has heart surgery to have a stent implanted on September 21, 2018.

**WHEREFORE,** the Debtor requests that this Court enter an Order Staying the Foreclose Sale set for September 26, 2018 and grant him such other relief to which he may be entitled.

Respectfully submitted,

/s/Richard B Rosenblatt
Richard B Rosenblatt #04678
The Law Offices of Richard B. Rosenblatt, PC
30 Courthouse Square, Suite 302
Rockville, Maryland  20850
(301) 838-0098

Attorney for Debtors

## Certificate of Service

I HEREBY CERTIFY that on the 19th day of September 2018, a copy of the foregoing, Motion to Reconsider Order, was served via ECF on all parties authorized to accept service by ECF listed below:

Timothy P. Branigan cmecf@chapter13maryland.com

Renee O. Dyson ecf@logs.com

Ruth O. Katz rokatz@lerchearly.com,
kdlevy@lerchearly.com

Richard Rogers rrogers@cgd-law.com,
bankruptcyecf@cgd-law.com,
estamas@cgd-law.com,
bbush@cgd-law.com

/s/Richard B Rosenblatt
Richard B Rosenblatt #04678