Entered: September 25th, 2018
Signed: September 24th, 2018

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **17–22843 – WIL**   Chapter: **13**

**Michael P. Spalletta**
Debtor

## ORDER DENYING
## MOTION TO STAY FORECLOSURE SALE

Upon consideration of the Motion to Stay Foreclosure Sale filed by the Debtor, and for the reasons set forth on the record at the hearing held on this matter, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Stay Foreclosure Sale is hereby denied.

cc:   Debtor
    Attorney for Debtor – Richard B. Rosenblatt
    All Parties
    All Counsel
    Case Trustee – Timothy P. Branigan

**End of Order**

44x01 (rev. 06/19/1998) – sward